WILLIS, APPELLANT, *v.* MCDERMOTT, EXR., APPELLEE.

[Cite as Willis *v.* McDermott (1989), 47 Ohio St. 3d 608.]

(No. 88-1520—Submitted October 17, 1989—Decided November 15, 1989.)

*Alan G. Sandler,* for appellant.

*Rippner, Schwartz & Carlin, Linda Gebauer Mayer* and *Richard W. Schwartz,* for appellee.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.